UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROCKLYN VANN COLE, | ) | CASE NO. CV 12-3600-DOC (PJW) |
| Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| W.J. SULLIVAN, WARDEN, | ) ) | |
| Respondent. | ) ) | |

　　Pursuant to the Order Dismissing Second and Successive Petition,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

　　DATED: May 26, 2012.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\COLE, R 3600\Ord_dismiss_successive pet_Judgmt.wpd